# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 30 WAL 2016
                                :
            Respondent    :
                                :    Petition for Allowance of Appeal from
                                :    the Order of the Superior Court
          v.                    :
                                :
                                :
NICHOLAS RYAN GARBER,         :
                                :
            Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.